| | |
|---|---|
| Rosemary M. Rivas (State Bar No. 209147)<br>Email: rrivas@zlk.com<br>**LEVI & KORSINSKY LLP**<br>388 Market Street, Suite 1300<br>San Francisco, California 94111<br>Telephone: (415) 291-2420<br>Facsimile: (415) 484-1294 | Rachel F. Sifuentes (State Bar No. 324403)<br>Email: rsifuentes@rshc-law.com<br>**RILEY SAFER HOLMES & CANCILA LLP**<br>456 Montgomery Street, 16 Floor<br>San Francisco, California 94104<br>Telephone: (415)275-8550<br>Facsimile: (415) 275-8551 |
| *Counsel for Plaintiffs Diana Vallarta and Lisa Salmons* | *Counsel for Defendant United Airlines, Inc.* |
| [*Additional Counsel listed on signature page.*] | [*Additional Counsel listed on signature page.*] |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| DIANA VALLARTA and LISA SALMONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. 4:19-CV-05895-HSG<br><br>**STIPULATION AND ORDER TO CHANGE THE BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS**<br><br>Date Action Filed: September 20, 2019<br>Trial Date: Not Set |

Pursuant to Civil L.R. 6-2, Plaintiffs Diana Vallarta and Lisa Salmons ("Plaintiffs") and Defendant United Airlines, Inc. ("Defendant"), by and through their respective counsel, jointly submit this stipulation to request an order modifying the briefing schedule on Defendant's Motion to Dismiss.

WHEREAS, on November 27, 2019 (the day before Thanksgiving), Defendant filed its Motion to Dismiss Plaintiffs' Class Action Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) ("Motion to Dismiss"). (Docket No. 19.)

WHEREAS, Defendant noticed its Motion to Dismiss for a hearing on January 16, 2020, at 2:00 p.m.

WHEREAS, pursuant to Docket No. 19, Responses are due by December 11, 2019, and Replies due by December 18, 2019.

1  WHEREAS, on the evening of December 1, 2019, Mr. Marc L. Godino's (one of Plaintiffs' attorneys) mother passed away.

WHEREAS, on December 2, 2019, the Parties have conferred and have agreed to change the briefing schedule to allow Plaintiffs more time to prepare the opposition brief due to Mr. Godino's mother's passing and the intervening holidays, and to allow Defendant adequate time to prepare a reply in support of the Motion to Dismiss.

WHEREAS, on December 2, 2019, the Clerk issued a notice instructing Defendant to re-notice its Motion to Dismiss because the date, January 16, 2020, was not the Court's next available hearing date when Defendant's Motion to Dismiss was e-filed. As a result, the hearing date of January 16, 2020 was vacated and the Clerk directed Defendant's counsel to check the Court's scheduling notes before re-noticing its Motion to Dismiss for a new hearing date. The briefing schedule, however, remained in effect. (Docket No. 21).

WHEREAS, on December 3, 2019, Defendant filed a Re-Notice Motion, re-noticing the Motion to Dismiss for January 30, 2020 at 2:00 p.m. (Docket No. 22).

WHEREAS, on December 3, 2019 at 11:21 AM PST, the Court set the hearing for Defendant's Motion to Dismiss for January 30, 2020 at 2:00 p.m.

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE as follows:

(1)   Responses are now due January 8, 2020.

(2)   Replies are now due January 22, 2020.

Respectfully submitted,

Dated: December 3, 2019      **LEVI & KORSINSKY LLP**

By: /s/ *Rosemary M. Rivas*

Rosemary M. Rivas
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

**GLANCY PRONGAY & MURRAY**
Marc L. Godino

2

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 432-1495
Email: mgodino@gmail.com

*Counsel for Plaintiffs Diana Vallarta and Lisa Salmons*

Dated: December 3, 2019  **RILEY SAFER HOLMES & CANCILA LLP**

By: /s/ *Rachel F. Sifuentes*

Rachel F. Sifuentes
456 Montgomery Street, 16th Floor
San Francisco, California 94104
Telephone: (415) 275-8526
Facsimile: (415) 275-8551
Email: rsifuentes@rshc-law.com
Sondra A. Hemeryck, *pro hac vice* pending
shemeryck@rshc-law.com
Azar Alexander, *pro hac vice* pending
aalexander@rshc-law.com
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

*Counsel for Defendant United Airlines, Inc.*

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

/s/ *Rosemary M. Rivas*

Rosemary M. Rivas

# ORDER

Based on the foregoing Stipulation To Change The Briefing Schedule Regarding Defendant's Motion To Dismiss and good cause being shown, the Court hereby GRANTS the parties' Stipulation. The Court hereby orders as follows:

1. Responses are due by January 8, 2020.
2. Replies are due by January 22, 2020.

**IT IS SO ORDERED.**

Date: 12/4/2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.

4

Case No. 4:19-CV-05895-HSG
STIPULATION AND ORDER TO CHANGE THE BRIEFING SCHEDULE
REGARDING DEFENDANT'S MOTION TO DISMISS