RILEY SAFER HOLMES & CANCILA LLP
RACHEL F. SIFUENTES (CSB #324403)
rsifuentes@rshc-law.com
456 Montgomery Street, 16th Floor
San Francisco, California 94104
Telephone: (415) 275-8550
Facsimile: (415) 275-8551
SONDRA A. HEMERYCK, *pro hac vice*
shemeryck@rshc-law.com
AZAR ALEXANDER, *pro hac vice*
aalexander@rshc-law.com
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

*Attorneys for Defendant*
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIANA VALLARTA and LISA SALMONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. 4:19-cv-5895-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME UNTIL FEBRUARY 3, 2020 FOR DEFENDANT UNITED AIRLINES, INC. TO FILE ITS REPLY BRIEF SUPPORTING ITS MOTION TO DISMISS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Motion Hearing Date: February 13, 2020<br>Hearing Time: 2:00 p.m.<br><br>Complaint Filed: September 20, 2019 |

### STIPULATION AND ORDER

Pursuant to Civil Local Rule 6-2, Plaintiffs Diana Vallarta and Lisa Salmons ("Plaintiffs") and Defendant United Airlines, Inc. ("Defendant") (collectively, the "Parties"), through their respective counsel, hereby stipulate, subject to the Court's approval, as follows:

1. On September 20, 2019, Plaintiffs filed a Class Action Complaint. (Dkt. No. 1.)

2. On November 1, 2019, this action was assigned to the Honorable Haywood S. Gilliam, Jr. (Dkt. No. 13.)

3. On November 27, 2019, Defendant filed a Motion to Dismiss Plaintiffs' Class Action Complaint ("Motion to Dismiss"). (Dkt. No. 19.) The hearing date and time for the Motion to Dismiss is currently set for February 13, 2020 at 2:00 p.m. (Dkt. No. 31.)

4. On December 4, 2019, the Court, upon the parties' stipulation, set a briefing schedule on Defendant's Motion to Dismiss. (Dkt. No. 24.) Plaintiffs' response to Defendant's Motion to Dismiss was timely filed pursuant to that schedule, on January 8, 2020. (Dkt. No. 29.) Defendant's reply is currently due January 22, 2020.

5. Due to travel, conflicting deadlines in other matters and the need to adequately address all arguments raised in Plaintiffs' response to the Motion to Dismiss, Defendant respectfully requests an extension of time to file its reply brief, up to and including February 3, 2020.

6. Defense counsel has conferred with Plaintiffs' counsel, and Plaintiffs do not oppose the requested extension.

7. The proposed extension will not alter the date of any event or deadline already fixed by Court order, other than the reply brief deadline discussed herein.

ACCORDINGLY, IT IS HEREBY STIPULATED by and among the Parties that Defendant's reply in support of its Motion to Dismiss shall be filed on or before February 3, 2020.

## **ORDER**

Now therefore the Parties respectfully request that the Court order that the deadline for Defendant to file its reply in support of its Motion to Dismiss shall be February 3, 2020.

///

///

///

///

///

Respectfully submitted,

Dated: January 17, 2020.  RILEY SAFER HOLMES & CANCILA LLP

By: */s Rachel F. Sifuentes*
Sondra Hemeryck
shemeryck@rshc-law.com
Azar Alexander
aalexander@rshc-law.com
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

Rachel F. Sifuentes
456 Montgomery Street, 16th Floor
San Francisco, California 94104
Telephone:(415) 275-8550
Facsimile: (415) 275-8551
rsifuentes@rshc-law.com

Attorneys for Defendant
UNITED AIRLINES, INC.

Dated: January 17, 2020

LEVI & KORSINSKY LLP

By: */s Rosemary M. Rivas*
Rosemary M. Rivas
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
Email: rrivas@zlk.com

GLANCY PRONGAY & MURRAY LLP
Marc L. Godino (CSB # 182689)
mgodino@glancylaw.com
1925 Century Park East
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Attorneys for Plaintiffs
DIANA VALLARTA and LISA SALMONS

-3-    4:19-cv-5895 HSG

STIPULATION AND ORDER TO EXTEND TIME UNTIL FEBRUARY 3, 2020 FOR DEFENDANT UNITED AIRLINES, INC. TO FILE ITS REPLY BRIEF

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

                    */s Rachel F. Sifuentes*
                    Rachel F. Sifuentes

**<u>ORDER</u>**

On the stipulation of the Parties, and good cause appearing, IT IS SO ORDERED.

Dated: 1/21/2020

                    *[signature]*
                    Hon. Haywood S. Gilliam, Jr.
                    United States District Judge