Marc L. Godino (State Bar No. 182689)
Email: mgodino@glancylaw.com
**GLANCY PRONGAY & MURRAY**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

*Counsel for Plaintiffs Diana Vallarta and Lisa Salmons*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DIANA VALLARTA and LISA SALMONS, on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, INC.,<br><br>　　Defendant. | Case No. 4:19-CV-05895-HSG<br><br>**ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT** |

Having considered Plaintiffs' Administrative Motion for Leave to File Surreply in Support of Plaintiffs' Opposition to Defendant's Motion to Dismiss Plaintiffs' Class Action Complaint, IT IS HEREBY ORDERED that Plaintiffs' Motion is **DENIED**.

It is so ORDERED.

DATED: February 12, 2020

The Honorable Haywood S. Gilliam, Jr.
United States District Court