Marc L. Godino (State Bar No. 182689)
Email: mgodino@glancylaw.com
**GLANCY PRONGAY & MURRAY**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294
(cont. on signature page)

*Counsel for Plaintiffs*
*Diana Vallarta and Lisa Salmons*

Sondra A. Hemeryck, *pro hac vice*
Email: shemeryck@rshc-law.com
Rachel F. Sifuentes (State Bar No. 324403)
Email: rsifuentes@rshc-law.com
Azar Alexander, *pro hac vice*
Email: aalexander@rshc-law.com
**RILEY SAFER HOLMES & CANCILA LLP**
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701

*Counsel for Defendant*
*United Airlines, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIANA VALLARTA and LISA SALMONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. 4:19-cv-5895-HSG<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Floor<br><br>Complaint Filed: September 20, 2019 |

Pursuant to Federal Rule of Civil Procedures 41(a)(1)(A)(ii), Plaintiffs Diana Vallarta ("Vallarta") and Lisa Salmons ("Salmons") (collectively, "Plaintiffs"), and Defendant United Airlines, Inc. ("United") (collectively with Plaintiffs, the "Parties"), by and through their respective counsel, jointly submit this stipulation for dismissal.

**WHEREAS**, on September 20, 2019, Plaintiffs filed this Action (ECF 1) asserting various claims against United arising out of and relating to Plaintiffs' purchases of travel insurance policies through United's website;

**WHEREAS**, on October 26, 2020, the Court entered an amended order (ECF 64) dismissing Salmons's claims without leave to amend due to lack of personal jurisdiction, and dismissing Vallarta's claims with leave to file an amended complaint by November 9, 2020, if she could do so consistent with Federal Rule of Civil Procedure 11.

**NOW, THEREFORE**, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE as follows:

(1) Salmons's claims having been previously dismissed from this Action for lack of jurisdiction as set forth in this Court's October 2020 amended order, Vallarta's claims in this Action are now dismissed, in their entirety, with prejudice.

(2) Each Party shall bear her or its own costs.

Respectfully submitted,

Dated: December 1, 2020

**LEVI & KORSINSKY, LLP**
By: /s/ *Rosemary M. Rivas*
Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

**GLANCY PRONGAY & MURRAY**
Marc L. Godino (State Bar No. 182689)
Email: mgodino@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

| | |
|---|---|
| | **TAUS, CEBULASH & LANDAU, LLP**<br>Kevin Landau (admitted pro hac vice)<br>Email: klandau@tcllaw.com<br>80 Maiden Lane, Suite 1204<br>New York, New York 10038<br>Telephone: (212) 931-0704<br>Facsimile (212) 931-0703<br><br>*Counsel for Plaintiffs Diana Vallarta<br>and Lisa Salmons* |
| Dated: December 1, 2020 | Respectfully submitted,<br><br>**RILEY SAFER HOLMES & CANCILA LLP** |
| By: | /s/ *Sondra A. Hemeryck*<br>Sondra Hemeryck<br>shemeryck@rshc-law.com<br>Rachel F. Sifuentes (State Bar No. 324403)<br>rsifuentes@rshc-law.com<br>Azar Alexander<br>aalexander@rshc-law.com<br>70 W. Madison Street, Suite 900<br>Chicago, IL 60606<br>Telephone: (312) 471-8700<br>Facsimile: (312) 471-8701<br><br>*Attorneys for Defendant<br>United Airlines, Inc.* |

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

/s/ *Rosemary M. Rivas*
Rosemary M. Rivas

| | |
|---|---|
| Marc L. Godino (State Bar No. 182689)<br>Email: mgodino@glancylaw.com<br>**GLANCY PRONGAY & MURRAY**<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br><br>Rosemary M. Rivas (State Bar No. 209147)<br>Email: rrivas@zlk.com<br>**LEVI & KORSINSKY, LLP**<br>388 Market Street, Suite 1300<br>San Francisco, California 94111<br>Telephone: (415) 373-1671<br>Facsimile: (415) 484-1294<br><br>Kevin Landau (admitted pro hac vice)<br>Email: klandau@tcllaw.com<br>**TAUS, CEBULASH & LANDAU, LLP**<br>80 Maiden Lane, Suite 1204<br>New York, New York 10038<br>Telephone: (212) 931-0704<br>Facsimile (212) 931-0703<br><br>*Counsel for Plaintiffs*<br>*Diana Vallarta and Lisa Salmons* | Sondra A. Hemeryck, *pro hac vice*<br>Email: shemeryck@rshc-law.com<br>Rachel F. Sifuentes (State Bar No. 324403)<br>Email: rsifuentes@rshc-law.com<br>Azar Alexander, *pro hac vice*<br>Email: aalexander@rshc-law.com<br>**RILEY SAFER HOLMES & CANCILA LLP**<br>70 W. Madison Street, Suite 2900<br>Chicago, Illinois 60602<br>Telephone: (312) 471-8700<br>Facsimile: (312) 471-8701<br><br>*Counsel for Defendant*<br>*United Airlines, Inc.* |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIANA VALLARTA and LISA SALMONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. 4:19-cv-5895-HSG<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Hon. Haywood S. Gilliam, Jr. |

The Court, upon the presentation of the Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby orders as follows:

(1) Plaintiff Lisa Salmons's claims having been previously dismissed from this action for lack of jurisdiction as set forth in this Court's October 26, 2020 amended order, Vallarta's claims in this action are now dismissed, in their entirety, with prejudice; and

(2) Each Party shall bear her or its own costs.

**IT IS SO ORDERED** this \_\_\_\_ day of December, 2020.

_____
The Hon. Haywood S. Gilliam, Jr.
United States District Court Judge