Marc L. Godino (State Bar No. 182689)
Email: mgodino@glancylaw.com
**GLANCY PRONGAY & MURRAY**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

Kevin Landau (admitted pro hac vice)
Email: klandau@tcllaw.com
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, New York 10038
Telephone: (212) 931-0704
Facsimile (212) 931-0703

*Counsel for Plaintiffs*
*Diana Vallarta and Lisa Salmons*

Sondra A. Hemeryck, *pro hac vice*
Email: shemeryck@rshc-law.com
Rachel F. Sifuentes (State Bar No. 324403)
Email: rsifuentes@rshc-law.com
Azar Alexander, *pro hac vice*
Email: aalexander@rshc-law.com
**RILEY SAFER HOLMES & CANCILA LLP**
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
Telephone:    (312) 471-8700
Facsimile:    (312) 471-8701

*Counsel for Defendant*
*United Airlines, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DIANA VALLARTA and LISA SALMONS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC.,<br><br>Defendant. | Case No. 4:19-cv-5895-HSG<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Hon. Haywood S. Gilliam, Jr. |

The Court, upon the presentation of the Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby orders as follows:

-1-     4:19-cv-5895 HSG

(1) Plaintiff Lisa Salmons's claims having been previously dismissed from this action for lack of jurisdiction as set forth in this Court's October 26, 2020 amended order, Vallarta's claims in this action are now dismissed, in their entirety, with prejudice; and

(2) Each Party shall bear her or its own costs.

**IT IS SO ORDERED** this 2nd day of December, 2020.

_____
The Hon. Haywood S. Gilliam, Jr.
United States District Court Judge